UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


US Department of Labor, Secretary

v.                                           Civil No. 10-cv-187-LM

Eric C. Mitchell & Associates, Inc. et al.


## J U D G M E N T


In accordance with the Consent Decree dated June 4, 2010, signed by Magistrate Judge

Landya B. McCafferty, judgment is hereby entered.


By the Court,

/s/ James R. Starr

James R. Starr, Clerk


June 7, 2010

cc:    Syma Ahmad, Esq.
       Eric C. Mitchell